DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CITY OF WESTON, FLORIDA; CITY OF LAUDERDALE LAKES, FLORIDA; CITY OF DEERFIELD BEACH, FLORIDA; TOWN OF DAVIE, FLORIDA; CITY OF DANIA BEACH, FLORIDA; CITY OF POMPANO BEACH, FLORIDA,** and **CITY OF FORT LAUDERDALE, FLORIDA,**
Appellants,

v.

**BROWARD COUNTY, FLORIDA,** and **JOE SCOTT,** as the Supervisor of Elections for Broward County, Florida,
Appellees.

No. 4D20-2740

[October 28, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David Haimes, Judge; L.T. Case No. CACE20-015373.

Jamie A. Cole and Daniel L. Abbott of Weiss Serota Helfman Cole & Bierman, P.L., Fort Lauderdale, for appellants.

Andrew J. Meyers, Broward County Attorney, Rene D. Harrod, Deputy County Attorney, Nathaniel A. Klitsberg, Senior Assistant County Attorney, Benjamin R. Salzillo and Joseph K. Jarone of Broward County Attorney's Office, Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

CIKLIN, ARTAU, JJ., and HARPER, BRADLEY, Associate Judge, concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***